UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 0 0103 CR - DI        / TORRES

18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

CHRISTIANA PHILLIP

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about November 7, 2000, in Palm Beach County, in the Southern District of Florida,

the defendant,

**CHRISTIANA PHILLIP,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____

FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

CHRISTIANA PHILLIP,

Defendant.

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

04 - 03 CR - DI

/ TORRES

Superseding Case Information:

| | | |
|---|---|---|
| New Defendant(s) | Yes _____ | No ____ |
| Number of New Defendants | _____ | |
| Total number of counts | _____ | |

Court Division: (Select One)

____ Miami   ____ Key West
____ FTL   _X_ WPB   ____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:   (Yes or No)   _No_
    List language and/or dialect   _____

4.  This case will take   _3_   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                                                (Check only one)

|     |                | |           |         |
|-----|----------------|--------|-----------|---------|
| I   | 0 to 5 days    | _X_    | Petty     | _____  |
| II  | 6 to 10 days   | _____ | Minor     | _____  |
| III | 11 to 20 days  | _____ | Misdem.   | _X_     |
| IV  | 21 to 60 days  | _____ | Felony    | _____  |
| V   | 61 days and over | _____ |         |         |

6.  Has this case been previously filed in this District Court? (Yes or No)   _No_
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?   (Yes or No)   _No_
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No)   _No_

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to
    April 1, 2003?   _____ Yes   _X_ No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to
    April 1, 1999?   _____ Yes   _X_ No
    If yes, was it pending in the Central Region?   _____ Yes   _____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
    May 18, 2003?   _____ Yes   _X_ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached

REV.1/14/04

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**     **CHRISTIANA PHILLIP**

**Case No:**

Count #: 1 **04** -      **03** CR - D          / TORRES

Election Fraud

Title 18, United States Code, Section 611

**\* Max.Penalty:**     1 year's imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**