UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80103-Cr-DIMITROULEAS/TORRES

UNITED STATES OF AMERICA,

vs.

CHRISTIANA PHILLIP,
                    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above-named Defendant appeared before **U.S. Magistrate Judge Johnson**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Jail No.: 72588-004

                    Language: ENGLISH

                    Address: 31 S.W. 9th Avenue #3

                             DELRAY BEACH, FL 33444

                    Tel. No: 561-929-1285

Defense Counsel:    Name  : FEDERAL PUBLIC DEFENDER

                    Address: ONE E. BROWARD BLVD STE 1100

                             FT. LAUDERDALE, FL. 33301

                    Tel. No: 954-356-7436

Bond Set/Continued:        $ 10,000 PSB

Dated this 16th day of August, 2004.

                    CLARENCE MADDOX, CLERK

                    BY_____
                         Deputy Clerk

                              TAPE NO. LRJ-04-45
                              DIGITAL START NO. 547/777