UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80103-CR-DIMITROULEAS
Magistrate Judge Torres

UNITED STATES OF AMERICA

v.

CHRISTIANA PHILLIP

_____/

## GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order entered in this case.  This response is numbered to correspond to that order.

A.1  Written statements of the defendant are attached.

A.2 The government is unaware of any statements of the defendant in response to interrogation by a known government agent.

A.3 No defendant testified before the grand jury.

A.4 The defendant does not appear to have a record of arrests or convictions.

A.5  Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234.  While copies of some materials are attached hereto, they do not represent all materials available



for inspection, and counsel should therefore contact the undersigned to schedule a complete inspection. Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6  No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.   The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.   The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady</u> or <u>Agurs</u> other than any information already disclosed herein.

D. & E.  The United States is unaware of any witness within the scope of these paragraphs.

F.   No line-ups, show-ups, or similar identification procedures were used during this case.

G.   The government has advised its agents and officers involved in this case to preserve all rough notes.

H.   The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b).  Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.  The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J.   The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government

at the trial of this cause.

K.    No contraband was seized in connection with this case.

L.    The United States is not in possession of any vehicles involved in this case.

M.    The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.

N.    Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.    Counsel may contact the undersigned to confer regarding stipulations.

P.    Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to ensure a fair trial.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida  33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

3

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this _18th_ day of August, 2004 on Martin J. Bidwell, AFPD, 400 Australian Avenue, Suite 300, West Palm Beach, Florida 33401.

KAREN E. ROCHLIN

4

**U.S. Department of Justice**
Immigration and Naturalization Serv__

OMB #1115-0009

**Application for Naturalization**

## START HERE - Please Type or Print

### Part 1. Information about you.

Family Name: PhilliP
Given Name: Christiane
Middle Initial: M

U.S. Mailing Address - Care of

Street Number and Name: # 32 SW 11th Ave
Apt. #:

City: Delray Beach
County: Palm Beach

State: Florida
ZIP Code: 33444

Date of Birth (month/day/year): 02-24-70
Country of Birth: Trinidad

Social Security #: 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
A: #071539796

### Part 2. Basis for Eligibility (check one).

a. [X] I have been a permanent resident for at least five (5) years

b. [ ] I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. [ ] I am a permanent resident child of United States citizen parent(s)

d. [ ] I am applying on the basis of qualifying military service in the Armed Forces of the U.S and have attached completed Forms N-426 and G-325B

e. [ ] Other. (Please specify section of law) _____

### Part 3. Additional information about you.

Date you became a permanent resident (month/day/year): 10 19 92

Port admitted with an immigrant visa or INS Office where granted adjustment of status

Citizenship: TRINIDAD

Name on alien registration card (if different than in Part 1)

Other names used since you became a permanent resident (including maiden name) Orr

Sex: [ ] Male [X] Female
Height: 5' 1"
Marital Status: [ ] Single [ ] Married [X] Divorced [ ] Widowed

Can you speak, read and write English? [ ] No [X] Yes.

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident? [X] No [ ] Yes.

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

See EXH#1

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| Dec 99 | 1/00 | [ ] Yes [ ] No | Trinidad | Visit |
| | | [ ] Yes [ ] No | | |
| | | [ ] Yes [ ] No | | |
| | | [ ] Yes [ ] No | | |
| | | [ ] Yes [ ] No | | |
| | | [ ] Yes [ ] No | | |
| | | [ ] Yes [ ] No | | |

Form N-400 (Rev 07/17/91)N

**Continued on back.**

FOR INS USE ONLY

Returned

Resubmitted

Reloc Sent

Reloc Rec'd

[ ] Applicant Interviewed

At interview
[ ] request naturalization ceremony at court

Remarks

MAR 25 2002
Arc Sia RJ

Action

To Be Completed by Attorney or Representative, if any
[ ] Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

08/14/2001 SSC #00003705526 SSC$00036026T

## Part 4. Information about your residences and employment.

A.  List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| #430 SW 14th Ave   Delray Beach  FL  33444 | 94 | 6/97 |
| #82 SW 11th Ave   Delray Beach  FL  33444 | 6/97 | |

B.  List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address  Street Name and Number – City, State and ZIP Code | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| McDonald's | 1220 Linton Blvd Delray Beach | 3/16/93 | PRESENT | Cashier |
| | | | | |
| | | | | |
| | | | | |

## Part 5. Information about your marital history.

A.  Total number of times you have been married ___1___   If you are now married, complete the following regarding your husband or wife

| Family name | Given name | Middle initial |
|---|---|---|

| Address |
|---|

| Date of birth (month/day/year) | Country of birth | Citizenship |
|---|---|---|

| Social Security# | A# (if applicable) | Immigration status (If not a U S citizen) |
|---|---|---|

Naturalization (If applicable) (month/day/year)   Place   (City, State)

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B.  Total Number of Children ___0___   Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Continued on next page**

**Continued on back**

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is **"Yes"**, explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism? ☐ Yes ☒ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

    a. The Nazi Government of Germany? ☐ Yes ☒ No

    b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany? ☐ Yes ☒ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion? ☐ Yes ☒ No

4. Have you ever left the United States to avoid being drafted into the U.S Armed Forces? ☐ Yes ☒ No

5. Have you ever failed to comply with Selective Service laws? ☐ Yes ☒ No

    If you have registered under the Selective Service laws, complete the following information:

    Selective Service Number:_____ Date Registered:_____

    If you registered before 1978, also provide the following:

    Local Board Number:_____ Classification._____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons? ☐ Yes ☒ No

7. Have you ever deserted from the military, air or naval forces of the United States? ☐ Yes ☒ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return? ☐ Yes ☒ No

9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident? ☐ Yes ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation? ☐ Yes ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen? ☐ Yes ☒ No

12. Have you ever:

    a. been a habitual drunkard? ☐ Yes ☒ No

    HAVE YOU EVER REGISTERED TO VOTE IN THE US ? _____ ☒ YES

    b. advocated or practiced polygamy? HAVE YOU EVER VOTED IN THE US ? ___NO___ ☐ Yes ☒ No

    c. been a prostitute or procured anyone for prostitution? ☐ Yes ☒ No

    d. knowingly and for gain helped any alien to enter the U.S. illegally? ☐ Yes ☒ No

    e. been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☒ No

    f. received income from illegal gambling? ☐ Yes ☒ No

    g. given false testimony for the purpose of obtaining any immigration benefit? ☐ Yes ☒ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution? ☐ Yes ☒ No

14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State? ☐ Yes ☒ No

15. Have you ever:

    a. knowingly committed any crime for which you have not been arrested? ☐ Yes ☒ No

    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations? ☐ Yes ☒ No

( If you answer yes to 15 , in your explanation give the following information for each incident or occurrence the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.? ☒ Yes ☐ No

2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions) ☒ Yes ☐ No

3. If the law requires it, are you willing to bear arms on behalf of the U.S.? ☒ Yes ☐ No

4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S? ☒ Yes ☐ No

5. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

Form N-400 (Rev 07/17/91)N

**Continued on back**

## Part 9.  Memberships and organizations.

A.   List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place.  Include any military service in this part.  If none, write "none".  Include the name of organization, location, dates of membership and  the nature of the organization.  If additional space is needed, use separate paper.

Claim, none

10

## Part  10.  Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?     ☐  One        ☐  Both     (Give  the following about one U.S. citizen  parent:)

| Family Name | Given Name | Middle Name |
|---|---|---|
| Address | | |

| Basis for citizenship: ☐ Birth ☐ Naturalization Cert. No. | Relationship to you (check one)   ☐  natural parent   ☐  adoptive parent   ☐  parent of child legitimated after birth |
|---|---|

If adopted or legitimated after birth, give date of adoption or, legitimation   (month day year) _____

Does this parent have legal custody of  you?      ☐  Yes    ☒  No

*(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of  this parent's citizenship.)*

## Part  11.  Signature.   *(Read the information on penalties in the instructions before completing this section)*

I certify or, if outside the United States. I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct   I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit  I am seeking

**Signature**  Christiana m phillip                          **Date**  05/21/01

**Please Note:**  If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization  and this application may be denied

## Part  12.  Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

**Signature**  Christiana m phillip         **Print Your Name**  Christiana marilyn phillip      **Date**  05/21/01

**Firm Name and Address**

## DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages   1  through ____, that the corrections , numbered 1 through ____ , were made at my request, and that this amended application, is true to the best of my knowledge and belief.

x Christiana Phillip

*(Complete and true signature of applicant)*

Subscribed and sworn to before me by the applicant.

_____

*(Examiner's Signature)*    MAR 2 5 2002  Date

**Department of Justice**
Immigration and Naturalization Service                    **Certificate Preparation Sheet And Oath Declaration**

**A #** | A 071 539 796 |                    **Daytime Phone #** | (561) 716-3031 |

**NAME (If name Change, ENTER new Name):**                    **Check BOX if there is a change of name:** ⟶  ☐

| CHRISTIANA |
**(FIRST)**

| |
**(MIDDLE)**

| ⟋ PHILLIP |
**(LAST)**

**Date of birth:** | 02/24/1970 |                    (Check Sex)    MALE:  ☐
Month/Day/Complete Year                                        FEMALE:  ☒ X

**Height:** | 5 | 1 |    **Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er):** ⟶ . | D |
(Feet) (Inches)

**Country of Former Nationality:** | Trinidad And Tobago |
(Enter Actual name of Country)

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

X_Christiana Phillip_____ /_____    MAR 2 5 2002

Applicant's Signature (name change)                              Date

Form N-649 (Rev. 11/1/98)

# VOTERS SUPPLEMENT

Name: ___**CHRISTINA PHILLIP**___      A:_**71 539 796**_____

**Please answer the following questions if you have ever registered to vote or voted for an election within the United States.**

1. **How old were you when you became a permanent resident of the United States?**

19 ALMOST 20

2. **If you became a permanent resident while under the age of 16, are your parents United States citizens. If so, please explain.**
N/A

3. **If you are married, what is the nationality of your spouse? If your Spouse is a United States citizen, please explain.**

BORN USC

4. **On what date(s) did you register to vote?**

IN 1996

5. **Where did you register to vote (include city, county, and state)? If more than once, please specify.**
OLD CARVER MIDDLE SCHOOL, DELRAY BEACH, FL

1

6. **Have you ever voted in an election in the United States. If so, please provide the date, location of the election (city, county & state) and type of election held (federal, state, or local) for each.**

| Date of Election | Location | Type of Election |
|---|---|---|
| 1. 3/11/97 | OLD CARVER MIDDLE SCHOOL, DELRAY BEACH, FL | UNIFORM MUNICIPAL |
| 2. 9/1/98 | SAME AS ABOVE | GENERAL ELECTION |
| 3. 11/7/00 | SAME AS ABOVE | GENERAL ELECTION |
| 4. | | |
| 5. | | |
| 6. | | |

7. **How did you obtain the voter's registration application?**
SOMEONE CAME TO MY HOUSE AND ASKED ME TO GO AND VOTE. SAID SHE TOLD THE PERSON THAT SHE WAS NOT A CITIZEN BUT THE PERSON TOLD HER IT WAS OKAY. THE PERSON TOLD HER TO SIGN HER NAME ON THE "PAPER" AND HE WILL DO THE REST.

8. **Did you apply in person or through the mail?**

IN PERSON

9. **Why did you register to vote, or register and vote in an election within the United States when you were not a citizen?**
THE PERSON WHO SOLICITED ME TOLD THAT IT WILL HELP ME GET MY CITIZENSHIP AND I WANT TO BE A PART OF THE U.S. AND I WANT TO MAKE THIS MY HOME.

2

10. **Did you know that it was unlawful for you to apply for a voter's registration card and to vote?**
BACK THEN I DID NOT KNOW.

11. **When did you first become aware that you were not qualified to Register or vote in the United States?**
WHEN I WENT  TO HRS  TO GET ASSISTANT TO HELP PAY MY BILL THEY ASKED ME IF I HAVE A VOTER'S CARD. THE PERSON TOLD ME THAT I WAS NOT A CITIZEN AND THAT I WAS NOT SUPPOSED TO VOTE. CLAIMS THAT IT WAS AFTER THE LAST TIME SHE VOTED (11/00)

12. **If you registered and voted because you believed that you were a Citizen of the United States, please explain.**
NO

13. **If you registered and voted because you believed that you were a Citizen of the United States, why have you applied for naturalization?**
I BELIEVE THAT I WAS JUST A RESIDENT

14. **If you registered or voted because you believed you were a citizen, when and how did you become aware that you were not in fact a citizen?**

I NEVER BELIEVED THAT I WAS A CITIZEN.

15. **Have you ever use the voter's registration card as proof of identification including proof of county residence to apply for real estate homestead exemption?**
NO

3

16. Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain.

NO

17. Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit. If yes, please explain.

NO

18. Have you ever used the voter's registration card as proof of citizenship? If so, please explain.

NO

19. Have you ever been called for jury duty? If so, please, explain.

NO

_Christiana P Powell_          _10/2/03_
**Applicant's Signature**          **Date**

4



# Palm Beach County

**THERESA LePORE**
Supervisor of Elections

240 SOUTH MILITARY TRAIL
WEST PALM BEACH, FL 33415
POST OFFICE BOX 22309
WEST PALM BEACH, FL 33416

TELEPHONE: (561) 656-6200
FAX NUMBER: (561) 656-6287
WEBSITE: www.pbcelections.org

## CERTIFICATION OF VOTER'S REGISTRATION

I, THERESA LePORE, Supervisor of Elections for Palm Beach County, Florida, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

### PHILLIP, CHRISTIANA M.

| | |
|---|---|
| DATE OF REGISTRATION | 08-05-1996 |
| REGISTRATION NUMBER | 96-043765 |
| STATUS | CANCELED 03/28/2002 |
| CURRENT ADDRESS | 32 SW 11TH AVENUE |
| | DELRAY BEACH, FLORIDA 33444 |
| PRECINCT NUMBER | 7166 |
| SEX/RACE | F/B |
| DATE OF BIRTH | 02-24-1970 |
| PARTY AFFILIATION | DEMOCRAT |

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, THERESA LePORE, SUPERVISOR OF ELECTIONS, HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE RECORDS ON FILE IN THIS OFFICE.

WITNESS MY HAND AND OFFICIAL SEAL THIS 21ST DAY OF APRIL, 2003.

c

# EXHIBIT
*Voter record/history*

**Exhibit Identification Form G 166-B (1-1-54)**     FPI 7-74 4,500 8220



# Palm Beach County

THERESA LePORE
Supervisor of Elections

240 SOUTH MILITARY TRAIL
WEST PALM BEACH, FL 33415
POST OFFICE BOX 22309
WEST PALM BEACH, FL 33416

TELEPHONE: (561) 656-6200
FAX NUMBER: (561) 656-6287
WEBSITE: www.pbcelections.org

## CERTIFICATION OF VOTER'S VOTING HISTORY

I, THERESA LePORE, Supervisor of Elections for Palm Beach County, Florida, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

### PHILLIP, CHRISTIANA M. /96-043765

ELECTION #427 - VOTED/POLLS - 11/07/2000 - GENERAL ELECTION

ELECTION #405 - VOTED/POLLS - 09/01/1998 - GENERAL ELECTION

ELECTION #393 – VOTED/POLLS - 03/11/1997 – UNIFORM MUNICIPAL

STATE OF FLORIDA
COUNTY OF PALM BEACH

I THERESA LePORE, SUPERVISOR OF ELECTIONS, HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE RECORDS ON FILE IN THIS OFFICE.

WITNESS MY HAND AND SEAL. THIS 21ST DAY OF APRIL, 2003.

THERESA LePORE
SUPERVISOR OF ELECTIONS
PALM BEACH COUNTY, FLORIDA

Please print using a black ballpoint pen.

| | | | |
|---|---|---|---|
| 1 | Are you a U.S. citizen? ☑ Yes ☐ No | If NO, you cannot register to vote | **Official Use Only** |
| 2 | Check boxes that apply: ☑ New Registration ☐ Address Change ☐ Party Change | ☐ Name Change | 96-043765 |

| 3 | Last Name: Phillip | Suffix (circle) Jr. Sr. II III IV | First Name: Christiana M | Middle Name/Initial: N/A | 4 Sex (circle) M F |
|---|---|---|---|---|---|

| 5 | Address Where You Live (legal residence)/do not give P.O. Box: 791 SW 12th Terrace | Apt/Lot/Unit: A8 | City/Town/Village: Delray Beach | Zip Code: 33444 |
|---|---|---|---|---|

| 6 | Address Where You Get Your Mail (if different from #5): 791 SW 12th Terrace | Zip Code: Delray Beach Fl | County Where You Live (legal residence): Palm Beach |
|---|---|---|---|

| 8 | Date of Birth (month/day/year): 2-24-70 | 9 Race/Ethnicity (see instructions): Black | 10 Social Security No.: 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 | Daytime Phone No.: 278-6856 |
|---|---|---|---|---|

Party Affiliation – check one box only (see instructions)

12 ☑ Democratic Party    ☐ Other Party (write name below)

☐ Republican Party    ☐ None

13 Former Name If Making A Name Change

14 Name and Address Where You Were Last Registered.

Name _____

Address _____

City ___ County ___ State ___ Zip Code ___

15 Do You Need Assistance to Vote? ☑ Yes ☐ No

Oath - I do solemnly swear (or affirm) that
- I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
- I am qualified to register as an elector under the Constitution and laws of the State of Florida.
- I am a U.S. citizen.
- I am a legal resident of Florida.
- All information on this form is true. I understand that if it is not true I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

16 SIGNATURE - Sign or mark on line in box below

Christiana M Phillip

Date 7/30/96        AUG 5 1996

Fold on dotted center line, peel off tape, seal and mail.

To Whom it may concern: Regarding the matter of Christiana Phillip Powell, first let me start by apologizing for the mistake and inconvience I've cause myself and the dept of U.S. Immigration  Services. Because my lack of understanding at the time, I did the unthinkable. While I was home someone came to my door to ask me about voting, I expressed to them that I donot have a voter's registration card, because I'm not a U.S. citizen.  So he gave me a paper telling me to sign my name, I asked are sure this fine, and his response  was in order for you too participate in paying your taxes, and voting it would help me gain my citizen rights. So I went to the building nearest me  to vote I gave the woman my identification card and my alien card, and she told me  she did not need my alien card. So therefore I thought everything was okay because no one told me that I could not vote again I'm very sorry for the troubles this situation has caused but I wish to be apart of this fine country that I've grown to love.... Christiana Phillip Powell  9-30-03



# Palm Beach County

240 SOUTH MILITARY TRAIL
WEST PALM BEACH, FL 33415
POST OFFICE BOX 22309
WEST PALM BEACH, FL 33416

**THERESA LePORE**
Supervisor of Elections

TELEPHONE: (561) 656-6200
FAX NUMBER: (561) 656-6287
WEBSITE: www.pbcelections.org

## Certification of Registration

I, Theresa LePore, Supervisor of Elections for Palm Beach County, Florida,
do hereby certify that the following information is a true and correct copy of
the voter registration record on file in this office for:

*PHILLIP, CHRISTIANA M*

**Date of Registration**: *08-05-1996*
**Certification Number**: *96043765*
**Status:** *CANCELED*
**Address:** *32 SW 11TH AVE, DELRAY BEACH  FL  33444 1526*
**Precinct Number:** *173*   **Sex:** *F*   **Race:** *B*
**Date of birth:** *02-24-1970*

Witness my hand and official seal at Palm Beach County, Florida
on March 28, 2002

*Theresa LePore,*
*Supervisor of Elections*
*Palm Beach County, Florida*

By: _M. Parker_

# EXHIBIT

Exhibit Identification Form G166-B (1-1-54)

GPO 963-459

Case 9:04-cr-80103-WPD   Document 10   Entered on FLSD Docket 08/20/2004   Page 19 of 28

## CHRISTIANA M PHILLIP

Registered Address : 32 11TH AVE
                     DELRAY BEACH   FL   33444

Voter-ID: 96-043765   Registered: 08-05-1996   Status: Active   Total Items:   3


427 POLL        11/07/2000 GENERAL ELECTION
405 POLL        09/01/1998 FIRST PRIMARY
393 POLL        03/11/1997 UNIFORM MUNICIPAL


State of FLORIDA
County of PALM BEACH

    I, THERESA LEPORE, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of CHRISTIANA M PHILLIP as it appears on record in my office.
    Witness my hand and seal on March 28, 2002.

                              THERESA LEPORE
                              Supervisor of Elections


                        By: _____
                                    Deputy

## VOTERS SUPPLEMENT

**Name:** Christiana Phillip       A 71 539 796

**Please answer the following questions if you have ever registered to vote or voted for an election within the United States.**

1. **How old were you when you became a permanent resident of the United States?** No, I'm not a permanent Resident.

2. **If you became a permanent resident while under the age of 16, are your parents United States citizens. If so, please explain.** no

3. **If you are married, what is the nationality of your spouse? If your spouse is a United States citizen, please explain.** Yes, he was born in Boynton Beach.

4. **On what date(s) did you register to vote?**
   8-05-1996 register to vote.
   11-07-2000 General Election.
   9-01-1998 First Primary.
   3-11-1997 Uniform Municpal

5. **Where did you register to vote (include city, county, and state)? If more than once, please specify.** Delray Beach, West palm Beach Florida.

**EXHIBIT** _____

Voters supplement

Exhibit Identification Form G 166-B (1-1-54)

FPI 7-74 4,500 8220

6. **Have you ever voted in an election in the United States.  If so please provide the date, location of the election (city, county & state) and type of election held (federal, state or local) for each.**

| DATE OF ELECTION | LOCATION | TYPE OF ELECTION |
|---|---|---|
| 1. 11-07-2000 | Delray Beach 427 | poll General |
| 2. 9-01-1998 | Delray Beach 405 | poll Frist Primary |
| 3. 3-11-1997 | Delray Beach 393 | poll Uniform Municipal |
| 4. | | |
| 5. | | |
| 6. | | |

7. **How did you obtain the voter's registration application?** I get one through Voteing Drive.

8. **Did you apply in person or through the mail?** Throught the mail

9. **Why did you register to vote, or register and vote in an election within the United States when you were not a citizen?** I didnt know. I was Confused.

10. **Did you know that it was unlawful for you to apply for a voter's registration card and to vote?** No, I didnt know, the reason was the people Telling me to vote

11. **When did you first become aware that you were not qualified to register or vote in the United States?** the year 2001

12. **If you registered and voted because you believed that you were a citizen of the United States, please explain.** I was told that then I voted, I will have legal right as a citizen in the country

13. **If you registered and voted because you believed that you were a citizen of the United States, why have you applied for naturalization?** Because of my Error, now i know the diffrent.

14. **If you registered or voted because you believed you were a citizen, when and how did you become aware that you were not in fact a citizen?** When i applied for medical aid

15. **Have you ever use the voter's registration card as proof of identification including proof of county residence to apply for a real estate homestead exemption?** no

16. **Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain.** no

17. **Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit.  If yes, please explain.** no

18. **Have you ever used the voter's registration card as proof of citizenship?  If so, please explain.** no

19. **Have you ever been called for jury duty?  If so, please, explain.** yes — but i didn't service because i wasn't US citizen.

Christiana D. Dowell                    05/13/02
**SIGNATURE**                              **DATE**



**ALIEN REGISTRATION RECEIPT CARD**

PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

IR6 WPB 921019 516   5305888008

A1USA071539796<02<9512<<<<<<<<<
7002243F0512114<<<<<<E957A8E79
PHILLIP<<CHRISTIANA<MARILYN<<<

 # Palm Beach County

240 SOUTH MILITARY TRAIL
WEST PALM BEACH, FL 33415
POST OFFICE BOX 22309
WEST PALM BEACH, FL 33416

**THERESA LePORE**
Supervisor of Elections

TELEPHONE: (561) 656-6200
FAX NUMBER: (561) 656-6287
WEBSITE: www.pbcelections.org

## CERTIFICATION OF VOTER'S REGISTRATION

I, THERESA LePORE, Supervisor of Elections for Palm Beach County, Florida, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

### PHILLIP, CHRISTIANA M.

| | |
|---|---|
| DATE OF REGISTRATION: | 08-05-1996 |
| REGISTRATION NUMBER: | 96-043765 |
| STATUS: | CANCELLED 03-28-2002 DUE TO RECEIPT OF OF INFORMATION ON NON-US CITIZEN STATUS |
| ADDRESS: | 32 SW 11TH AVENUE DELRAY BEACH, FL 33444 |
| PRECINCT NUMBER: | 173 |
| SEX/RACE: | FEMALE/BLACK |
| DATE OF BIRTH: | 02-24-1970 |

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, THERESA LePORE, SUPERVISOR OF ELECTIONS, HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE RECORDS ON FILE IN THIS OFFICE.

WITNESS MY HAND AND SEAL, THIS __14TH__ DAY OF __JUNE__, 20_04_.

THERESA LePORE
SUPERVISOR OF ELECTIONS
PALM BEACH COUNTY, FLORIDA



# Palm Beach County

240 SOUTH MILITARY TRAIL
WEST PALM BEACH, FL 33415
POST OFFICE BOX 22309
WEST PALM BEACH, FL 33416

TELEPHONE: (561) 656-6200
FAX NUMBER: (561) 656-6287
WEBSITE: www.pbcelections.org

**THERESA LePORE**
Supervisor of Elections

96043765   PHILLIP, CHRISTIANA M
Image Loc: No Locator

---

Please print using a black ballpoint pen.

| | | Official Use Only |
|---|---|---|
| **1** Are you a U.S. citizen? | ☒ Yes ☐ No    If NO, you cannot register to vote. | 96-043765 |
| **2** Check boxes that apply: | ☒ New Registration  ☐ Address Change  ☐ Party Change  ☐ Name Change | |

**3** Last Name: Phillip | Suffix (circle) Jr. Sr. II III IV | First Name: Christiana M | Middle Name/Initial: N/A | **4** Sex (circle) M (F)

**5** Address Where You Live (legal residence)/do not give P.O. Box: 791 SW 18th Terrace | Apt/Lot/Unit: A8 | City/Town/Village: Delray Beach | Zip Code: 33444

**6** Address Where You Get Your Mail (if different from #5): 791 SW 18th Terrace | Delray Beach Fl33444 | Zip Code | County Where You Live (legal residence): Palm Beach

**8** Date of Birth (month/day/year): 2-24-70  **9** Race/Ethnicity (see instructions): Black  **10** Social Security No.: 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?  **11** Daytime Phone No.: 278-6856

**12** Party Affiliation – check one box only (see instructions)
☒ Democratic Party   ☐ Other Party (write name below)
☐ Republican Party   ☐ None

**13** Former Name If Making A Name Change

**14** Name and Address Where You Were Last Registered.
Name _____
Address _____
City ___ County ___ State ___ Zip Code ___

**15** Do You Need Assistance to Vote?  ☒ Yes ☐ No

Oath:  I do solemnly swear (or affirm) that:
• I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
• I am qualified to register as an elector under the Constitution and laws of the State of Florida.
• I am a U.S. citizen.
• I am a legal resident of Florida.
• All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

**16** SIGNATURE - Sign or mark on line in box below

*Christiana M Phillip*

Date 7/30/96      AUG 5 1996

Fold on dotted center line, peel off tape, seal and mail.

---

## STATE OF FLORIDA
## COUNTY OF PALM BEACH

I, THERESA LePORE, SUPERVISOR OF ELECTIONS, HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE RECORDS ON FILE IN THIS OFFICE.

WITNESS MY HAND AND SEAL, THIS __14TH__ DAY OF __JUNE__, 20_04_.

BY: _____
THERESA LePORE
SUPERVISOR OF ELECTIONS
PALM BEACH COUNTY, FL



# Palm Beach County

240 SOUTH MILITARY TRAIL
WEST PALM BEACH, FL 33415
POST OFFICE BOX 22309
WEST PALM BEACH, FL 33416

**THERESA LePORE**
Supervisor of Elections

TELEPHONE: (561) 656-6200
FAX NUMBER: (561) 656-6287
WEBSITE: www.pbcelections.org

## CERTIFICATION OF VOTER'S VOTING HISTORY

I, THERESA LePORE, Supervisor of Elections for Palm Beach County, Florida, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

### PHILLIP, CHRISTIANA M./#96-043765

(NOTE:  CANCELLED 03-28-2002 DUE TO RECEIPT OF INFORMATION
ON NON-US CITIZEN STATUS)

ELECTION #427 – VOTED/POLLS – 11/07/2000 – GENERAL ELECTION

ELECTION #405 – VOTED/POLLS – 09/01/1998 – FIRST PRIMARY ELECTION

ELECTION #393 – VOTED/POLLS – 03/11/1997 – UNIFORM MUNICIPAL ELECTION

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, THERESA LePORE, SUPERVISOR OF ELECTIONS, HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE RECORDS ON FILE IN THIS OFFICE.

WITNESS MY HAND AND SEAL, THIS ___14^{TH}___ DAY OF ___JUNE___, 20_04_.

THERESA LePORE
SUPERVISOR OF ELECTIONS
PALM BEACH COUNTY, FLORIDA