UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80103-CR-DIMITROULEAS/TORRES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHRISTIANA PHILLIP,

        Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

COMES NOW the defendant, Christiana Phillip, through undersigned counsel, and files her Unopposed Motion For Continuance, and states as follows:

1.    The Government has charged Ms. Phillip by indictment with illegally voting in a federal election. This Court has set the case for trial on October 4, 2004, with a calendar call for October 1, 2004. The defendant was arraigned on August 16, 2004. This is the first trial setting in the case. Any trial of this cause is likely to last no more than two days.

2.    The undersigned is not ready for trial. The undersigned needs additional time to complete the factual investigation and to then prepare for trial. Unexpected administrative obligations related to storm damage to the Federal Public Defender's Fort Pierce and West Palm Beach offices have precluded the defendant from devoting sufficient time to completing trial preparation in this case.

3.     The undersigned discussed this motion with AUSA Karen Rochlin who advises that the Government has no opposition to the motion to the extent any new trial date would not conflict with counsel's other trial obligations or the upcoming elections (as potential government witnesses are employees of the Supervisor of Elections Office).

WHEREFORE the defendant requests this Court grant this motion and continue the trial of this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave. Suite 300
West Palm Beach, Florida 33401
Telephone: (561) 833-6288/833-0368(fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 17th day of September, 2004, to Assistant United States Attorney Karen Rochlin, 99 N.E. 4th Street, Miami, Florida 33132.

_____
Martin J. Bidwill

2