## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 04-80103-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHRISTINA PHILLIP,

      Defendant.

_____/

```
FILED by _____ D.C.
MAG. SEC.

   SEP 2 0 2004

   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. FT. LAUD.
```

## STATUS REPORT

A status conference was held in this cause on September 16, 2004. At that conference, the parties informed the Court as follows:

The Government indicated that discovery is now complete. The parties agreed that there are no motions currently pending, but Defendant requested an additional week to file any necessary pretrial motions. The Court will grant this unopposed request and allow an additional week for the filing of pretrial motions. Both parties indicated that they are ready to proceed. The Government advised that this case will likely require two to three days to try. Although unlikely, the parties are still not certain if a change of plea is possible.

**DONE** and **ORDERED** at Fort Lauderdale, Florida this day of September, 2004.

_____
EDWIN G. TORRES
United States Magistrate Judge

cc:    The Honorable William P. Dimitrouleas
       Karen Rochlin, AUSA
       Martin Bidwell, Esq.

