

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80103-CR-DIMITROULEAS
Magistrate Judge Torres

UNITED STATES OF AMERICA

v.

CHRISTIANA PHILLIP

_____/

## GOVERNMENT'S MOTION FOR CONTINUANCE

The United States hereby moves this Court for a continuance of the above-captioned trial date, for the reasons stated below:

1.   This Court previously set the above-captioned case for trial during its two-week calendar starting on November 8, 2004.

2.   The undersigned prosecutor in this case, as well as the assigned Assistant Federal Public defender, are also assigned to try the case of United States v. Astrid Natalia Torres-Perez, 04-14046-CR-GRAHAM.  That trial was originally set for October 25, 2004 in Fort Pierce, Florida.

3.   The government was originally informed that defendant Torres-Perez would enter a guilty plea; however, the evening before that calendar call, the government learned that the defendant had changed her mind and wished to go to trial.

4.   The government was ready to try the case on October 25,



2004, although that date presented difficulties for certain witnesses working for the Martin County Supervisor of Elections, since the trial date fell during the last week prior to Election Day on November 2, 2004.

5.    On or about the afternoon of October 19, 2004, counsel in the Torres-Perez case were contacted by the Court, and informed that because of recent hurricanes, no hotel rooms were available in the Fort Pierce area.  Both counsel for the government and the defense had experienced the same problem.

6.    The Court proposed relocating the trial to a courthouse elsewhere in the district.  This solution presented difficulties for the United States, since it would require even more time for testifying elections personnel to leave their normal duties.

7.    The Honorable Donald L. Graham proposed trying the case in Miami, Florida after Election Day.  His schedule permitted a trial date on November 8, 2004.  Counsel for the government and the defense each noted the above-captioned trial had a November 8, 2004 setting involving each of the same attorneys.

8.    To resolve the problem caused by lack of accommodation in Fort Pierce, and to avoid the difficulty from scheduling the Torres-Perez trial during the week before the presidential election, the United States is accordingly asking this Court to continue the above-captioned trial date.  Counsel for defendant Phillip does not object to this request, which is not being made for purposes of delay, but to solve logistical issues resulting from hurricane season.

2

WHEREFORE, the United States of America respectfully moves this Court to continue the above-captioned trial to a date which will accommodate the Torres-Perez trial setting of November 8, 2004, and which is otherwise convenient for the Court and the parties.

Respectfully submitted,
MARCOS DANIEL JIMENEZ

UNITED STATES ATTORNEY

By: _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida  33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this ⟨3⟩ day of October, 2004 on Martin J. Bidwell, AFPD, 400 Australian Avenue, Suite 300, West Palm Beach, Florida 33401.

KAREN E. ROCHLIN

4



FILED by _____ D.C.

OCT 20 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 04-14046-CR-GRAHAM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ASTRID N. TORRES-PEREZ,

       Defendant.

_____/

## ORDER RE-SCHEDULING TRIAL DATE

**THIS CAUSE** came before the Court upon a telephonic status hearing held October 19, 2004 and the consent by the parties to conduct trial in Miami. Accordingly, it is

**ORDERED AND ADJUDGED** that trial in this cause is set for the two week period commencing November 8, 2004 before the Honorable Donald L. Graham, Judge for the United States District Court, Southern District of Florida in the James Lawrence King Federal Justice Building, Eleventh Floor, Courtroom 1, 99 N.E. 4th Street, Miami, Florida. A **telephonic Calendar call** will be held on **Wednesday, November 3, 2004** at **2:15 p.m.** All counsel shall appear via telephone. Counsel shall call the court one day prior to the hearing at (305) 523-5135 with a contact phone number.

**IT IS FURTHER ORDERED** that other all provisions in the  original trial order shall remain in full force and effect.

The Court finds that the period of delay from October 20, 2004

The Court finds that the period of delay from October 20, 2004 to November 8, 2004 and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161, <u>et. seq.</u>   Any Demand for Speedy Trial should be filed within ten (10) days from the date of this order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of October, 2004.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Karen Rochlin, AUSA
        Martin Bidwell, AFPD (WPB)