AO 187 (Rev 7/87) Exhibit and Witness List

# United States District Court

Southern ———— DISTRICT OF Florida

USA v. Christiana Phillips

**EXHIBIT AND WITNESS LIST**

FILED by _____ D.C.

NOV 16 2004

CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER:

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/15/04 | | | W-1 Theresa Lepore, Supr of Elections |
| 1 | | | ✓ | ✓ | State of Florida. Voter registration application |
| 2 | | | ✓ | ✓ | Certification of voter registration |
| 3 | | | ✓ | ✓ | Certification of voting history |
| 4 | | | ✓ | ✓ | "        "        of Christiana Phillip |
| 5 | | | ✓ | ✓ | W-2 Suzanne David Alien Registration file N400 form |
| 6 | | | ✓ | ✓ | W-3 Christiana Phillip Boulle Voters Supplement 3-25-02 |
| 7 | | | ✓ | ✓ | Voters Supplement 5-13-02 |
| 8 | | | ✓ | ✓ | Voters Supplement 10-2-03 |
| | | | | | |

**PRESIDING JUDGE** William P. Dimitrouleas

**PLAINTIFF'S ATTORNEY** Lauren Rochlin, AUSA

**DEFENDANT'S ATTORNEY** Martin Bidwill, AFPD

**TRIAL DATE(S)** 11/15/04

**COURT REPORTER** Bob Ryckoff

**COURTROOM DEPUTY** Karen Carlton

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size

## WITNESS LIST

| U.S. v. CHRISTIANA PHILLIP | | | | Case#:04-80103-CR-DIMITROULEAS |
|---|---|---|---|---|
| AUSA: KAREN E. ROCHLIN  ; *ct. reptr- Ryckoff* | | | | Trial Date: November 15, 2004 |

| WITNESS NO. | DATE STARTED | DATE ENDED | WITNESS                *Nov 16, 2004* |
|---|---|---|---|
| 1. | 11/15/04 | 11/15/04 | Theresa A. LePore |
| 2. | 11/15/04 | 11/15/04 | Susanna David |
| 3. |  |  | Debora Martins |
|  | 11/15/04 | 11/15/04 | *Christiana Phillip Powell* |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## EXHIBIT LIST

| U.S. v. CHRISTIANA PHILLIP | | | Case#:04-80103-CR-DIMITROULEAS |
|---|---|---|---|
| AUSA: KAREN E. ROCHLIN | | | Trial Date: November 15, 2004 |

| EXHIBIT NO. | THRU WITNESS | ADMITTED Y/N DATE | EXHIBIT *November 16, 2004* |
|---|---|---|---|
| 1. | LePore | 11/15/04 | Voter Registration Application |
| 2. | " | " | Certification of Voter Registration |
| 3 | " | " | Certification of Voter's Voting History |
| 4. | " | " | Voter History |
| 5. | DAVID | " | INS N-400: July 20, 2001 |
| 6. | Phillip | " | Voters Supplement: March 25, 2002 |
| 7. | Phillip | " | Voters Supplement: May 13, 2002 |
| 8. | DAVIO | " | Voters Supplement: October 2, 2003 |